pay the debts of his estate. To that petition she was made a party defendant as an individual and prosecutes a separate appeal, but the questions involved are identical with those presented and determined in the appeal of *Daniels* v. *Bruce* (1911), *ante*, 151, and on the authority of that case and for the reasons therein given the judgment is affirmed in this appeal.

---

## MACBETH EVANS GLASS COMPANY *v.* JONES.

[No. 21,875.   Filed June 23, 1911.]

From Grant Circuit Court; *H. J. Paulus*, Judge.

Action by Arthur Jones against the Macbeth Evans Glass Company. From a judgment for plaintiff, defendant appeals. *Affirmed.*

*B. H. Campbell* and *E. R. Call*, for appellant.
*Grant A. Dentler, Harley F. Hardin* and *Marshall Williams*, for appellee.

Cox, J.—The questions presented in this appeal are the same as those involved and decided in the case of *Macbeth Evans Glass Co.* v. *Van Blarican* (1911), *ante*, 69, and on the authority of that case the judgment in this is affirmed.

---

## BINZEN *v.* DEUEL ET AL.

[No. 21,737.   Filed March 31, 1911.   Rehearing denied June 23, 1911.]

From Porter Superior Court; *Harry B. Tuthill*, Judge.

Application by Theodore Binzen for a license to retail intoxicating liquors, against which George E. Deuel and others remonstrate. From a judgment for remonstrants, applicant appeals. *Affirmed.*

*Leonard, Rose & Zollars*, for appellant.
*William H. Matthew* and *Otto J. Bruce*, for appellee.

MONKS, J.—The questions in this case are the same as those in *Scanlon* v. *Deuel* (1911), *ante*, 208, and upon the authority of that case this case is affirmed.